UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Guevara,

Civ. File No. 01-660 (PAM/RLE)

Plaintiff,

v.

**ORDER**

Minnesota Department of Corrections; Bert Mohs, Warden, Rush City; and John King, Assistant Warden, Rush City,

Defendants.

---

This matter is before the Court on Plaintiff's Motion for an Extension of Time in which to file objections to the Report and Recommendation of Magistrate Judge Raymond L. Erickson filed April 20, 2001.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension of Time (Clerk Doc. No. 4) is **GRANTED**, and Plaintiff may file his objections to the Report and Recommendation on or before June 8, 2001.

Dated: 5/18, 2001

Richard H. Kyle
United States District Court Judge

FILED MAY 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK