UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Guevara,

Civ. File No. 01-660 (PAM/RLE)

Plaintiff,

v.

**ORDER**

Minnesota Department of Corrections; Bert Mohs, Warden, Rush City; and John King, Assistant Warden, Rush City,

Defendants.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Raymond L. Erickson filed April 20, 2001. Plaintiff filed a Motion for an Extension of Time in which to file objections to the Report and Recommendation, and the Court granted Plaintiff an extension until June 8, 2001. More than three weeks have passed since that date, and the Court has not received any objections from Plaintiff.

Accordingly, based on the Report and Recommendation of Magistrate Judge Erickson, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint (Clerk Doc. No. 1) is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

FILED JUN 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 27 2001
DEPUTY CLERK

2. Plaintiff's Application to proceed in forma pauperis (Clerk Doc. No. 2) is **DENIED** as moot.

Dated: June 26, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JUN 27 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.