# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Daniel Guevara

Plaintiff

v.

MN Department of Corrections;
Bert Mohs, and John King

Defendants

Case No. Civil 01-660 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dimissed as frivolous. Plaintiff's application to proceed in forma pauperis is denied as moot.

DATE: June 27, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

7